IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No. 05-20076-B |
| RITA WILLIAMSON, | * | |
| Defendant. | * | |

## ORDER GRANTING DEFENDANT'S MOTION TO WAIVE APPEARANCE AT REPORT DATE

The Defendant is set for a report date before the Court in the above-captioned matter, as well as in Case No. 05-20077, for Monday, July 25, 2005, at 9:30 a.m.

For good cause shown, the Defendant's request to waive her appearance at the report date set as to Case Nos. 05-20076 and 05-20077 is hereby **GRANTED**.

The Defendant shall not be required to appear at the above report dates and shall remain on her present bond.

It is so **ORDERED**. This the 20th day of July 2005.

Honorable J. Daniel Breen
United States District Judge

This document entered on the docket sheet In compliance with Rule 55 and/or 32(b) FRCrP on 7-21-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CR-20076 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT